■ In the Matter of COLLEEN VAN GELDER, for Reinstatement to the Practice of Law in the State of New York. [18 NYS3d 904]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 28, 2015.)

■ In the Matter of MARY E. FEINDT, an Attorney, Resignor. [18 NYS3d 904]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 20, 2015.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. BARNES, JR., Appellant. [18 NYS3d 924]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC TOLLIVER, Appellant. [18 NYS3d 925]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESHARD WRIGHT, Also Known as MONEY, Also Known as D, Appellant. (Appeal No. 2.) [18 NYS3d 925]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE MONROE, Appellant. (Appeal No. 2.) [19 NYS3d 204]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURTADA S. EBRAHIM, Appellant. [18 NYS3d 924]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL L. SCHROCK, Appellant. [18 NYS3d 924]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Lindley and Whalen, JJ.